# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

FILED

Timothy A. Johnson

AUG 24 2020

U.S. DISTRICT COURT-WVND
CLARKSBURG, WV 26301

*Your full name*

**FEDERAL CIVIL RIGHTS
COMPLAINT
(*BIVENS* ACTION)** 157

3:20 CV 157

v.

Civil Action No.: 3:20 cv 138
*(To be assigned by the Clerk of Court)*

Vibeke O. Dankwa, M.D.,

Groh
Trumble
Sims

Marwan Dib, P.A.,

Bernard Shaffer, R.N

---

*Enter above the full name of defendant(s) in this action*

## I.    JURISDICTION

This is a civil action brought pursuant to **Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics, 403 U.S. 388 (1971)**.  The Court has jurisdiction over this action pursuant to Title 28 U.S.C. §§ 1331 and 2201.

## II.    PARTIES

*In Item A below, place your full name, inmate number, place of detention, and complete mailing address in the space provided.*

A.    Name of Plaintiff: Timothy A. Johnson    Inmate No.: 12571-088
Address:3500 Staunton Avenue, S.E., Apartment 12, Charleston, WV 25304
I was incarcerated at FCI Morgantown from May 2016 to May 2019.

*In Item B below, place the full name of each defendant, his or her official position, place of employment, and address in the space provided.*

B.    Name of Defendant:   Vibeke O. Dankwa
      Position:   Medical Doctor/Primary Care Physician
      Place of Employment:   Bureau of Prisons, FCI Morgantown
      Address:   446 Green Bag Road, Morgantown, WV 26501

      Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes         ☐ No

      If your answer is "YES," briefly explain:   Dr. Dankwa was Plaintiff's Primary Care Physician at the FCI Morgantown medical facility. Dr. Dankwa was in charge of and supervised the chronic care clinic and rheumatology clinic operated by FCI Morganton.


B.1   Name of Defendant:   Marwan Dib
      Position:  Physicians Assistant
      Place of Employment:  Bureau of Prisons, FCI Morgantown
      Address:  446 Green Bag Road, Morgantown, WV 26501

      Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes         ☐ No

      If your answer is "YES," briefly explain:  PA Dib was part of the primary care team and member of the chronic care / rheumatology clinic operated by FCI Morgantown and under the direct supervision of Dr. Dankwa providing medical services to Plaintiff.


B.2   Name of Defendant:   Bernard Shaffer
      Position:   Registered Nurse
      Place of Employment:  Bureau of Prisons, FCI Morgantown
      Address:   446 Green Bag Road, Morgantown, WV 26501

      Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?   ☒ Yes         ☐ No

If your answer is "YES," briefly explain: <u>Nurse Shaffer was a part of the FCI Morgantown medical facility staff during the time that Plaintiff was in Bureau of Prisons custody and was responsible for recording outside medical consultations and medical records.</u>

B.3 Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred? ☐ Yes ☐ No

If your answer is "YES," briefly explain: _____

B.4 Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred? ☐ Yes ☐ No

If your answer is "YES," briefly explain: _____

B.5    Name of Defendant: _____
Position: _____
Place of Employment: _____
Address: _____

_____

Was this Defendant acting under the authority or color of federal state law at the time these claims occurred?    □ Yes        □ No

If your answer is "YES," briefly explain: _____

_____

_____

_____

## III.    PLACE OF PRESENT CONFINEMENT

Name of Prison/ Institution: __Not confined at time of filing complaint.__
__Was confined at FCI Morgantown.__

A.    Is this where the events concerning your complaint took place?
☒ Yes        □ No

If you answered "NO," where did the events occur?

_____

B.    Is there a prisoner grievance procedure in the institution where the events occurred?    ☒ Yes        □ No

C.    Did you file a grievance concerning the facts relating to this complaint in the prisoner grievance procedure?
□ Yes        ☒ No

D.    If your answer is "NO," explain why not: __This medical malpractice,__
__deliberate indifference, and neglect to Plaintiff's serious medical needs__
__were not discovered until after Plaintiff was released from custody and__
__was able to review his BOP medical records.__

E.    If your answer is "YES," identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed

and state the result at level one, level two, and level three. **ATTACH GRIEVANCES AND RESPONSES:**

LEVEL 1 _____

LEVEL 2 _____

LEVEL 3 _____

## IV.    PREVIOUS LAWSUITS AND ADMINISTRATIVE REMEDIES

A.    Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?        ☒ Yes        ☐ No

B.    If your answer is "YES", describe each lawsuit in the space below. If there is more than one lawsuit, describe additional lawsuits using the same format on  a separate piece of paper which you should attach and label: "IV PREVIOUS LAWSUITS"

1.    Parties to this previous lawsuit:

Plaintiff(s): Timothy A. Johnson _____

Defendant(s): _____

2.    Court: Kanawha Circuit Court, West Virginia _____
       *(If federal court, name the district; if state court, name the county)*

3.    Case Number: 20C657 _____

4.    Basic Claim Made/Issues Raised: Medical Malpractice and deliberate indifference. _____

_____

_____

5.    Name of Judge(s) to whom case was assigned:
       Judge Kaufman _____

6.    Disposition: Pending _____
       *(For example, was the case dismissed? Appealed? Pending?)*

7.    Approximate date of filing  lawsuit: August 5, 2020 _____

8.  Approximate date of disposition. Attach Copies: __Pending__

C.  Did you seek informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part B?
    ☐ Yes    ☒ No

D.  If your answer is "YES," briefly describe how relief was sought and the result. If your answer is "NO," explain why administrative relief was not sought.
   Medical malpractice and deliberate indifference and false records were not known until after release from confinement and review of Plaintiff's medical records.

E.  Did you exhaust available administrative remedies?
    ☒ Yes    ☐ No

F.  If your answer is "YES,", briefly explain the steps taken and attach proof of exhaustion. If your answer is "NO," briefly explain why administrative remedies were not exhausted.
   This is a medical malpractice case brought for actions committed in the State of West Virginia. Plaintiff has complied with West Virginia statutes regarding a notice of claim, a certificate that no medical screening certificate is required and a medical screening certificate of merit completed by a licensed medical doctor board certified in internal medicine.

G.  If you are requesting to proceed in this action *in forma pauperis* under 28 U.S.C. § 1915, list each civil action or appeal you filed in any court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using the same format on a separate sheet of paper which you should attach and label "G. PREVIOUSLY DISMISSED ACTIONS OR APPEALS"

1.  Parties to previous lawsuit:   N/A

Plaintiff(s): _____

Defendant(s): _____

2.    Name and location of court and case number:

_____

_____

_____

3.    Grounds for dismissal:    ☐ frivolous    ☐ malicious
      ☐ failure to state a claim upon which relief may be granted

4.    Approximate date of filing lawsuit: _____

5.    Approximate date of disposition: _____

## V.    STATEMENT OF CLAIM

*State here, as **BRIEFLY** as possible, the <u>facts</u> of your case. Describe what <u>each</u> defendant did to violate your constitutional rights. **You must include allegations of specific wrongful conduct as to EACH and EVERY defendant in the complaint.** Include also the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, you must number and set forth each claim in a separate paragraph. **UNRELATED CLAIMS MUST BE RAISED IN SEPARATE COMPLAINTS WITH ADDITIONAL FILING FEES. NO MORE THAN FIVE (5)TYPED OR TEN (10) NEATLY PRINTED PAGES MAY BE ATTACHED TO THIS COMPLAINT. (LR PL 3.4.4)***

CLAIM 1:

Dr. Dankwa, as Plaintiff's primary care physician, ran various blood tests, including ACE tests, that indicated that Plaintiff was suffering from inflammation affecting his organs, mainly his eyes, as a result of active chronic sarcoidosis. Despite reviewing these lab results, Dr. Dankwa took no medical action and did not forward the results of said blood tests to "outside" treating physicians and medical specialists. Such failure to treat constituted malpratice rising to the level of deliberate indifference and recklessness in contradiction of the 8th Amendment cruel and unusual punishment prohibition, causing Plaintiff permanent injury.

Supporting Facts: ___See Claim 1 Attachment___

CLAIM 2:  Nurse Bernard Shaffer was deliberately indifferent to Plaintiff's serious medical needs when he recklessly entered false and fabricated medical notes and entries into Plaintiff's medicial records when the true medical notes that were altered contained specific medical directions, plans of treatment and concerns that Plaintiff was not be monitored by the the BOP, said alterations causing Plaintiff to not receive the professional recommended medical care.

Supporting Facts:  See Claims 2 and 3 Supporting Facts Attachment

CLAIM 3:  Physicians Assistant Marwan Dib was deliberately indifferent when he failed to supervise, monitor and check the work of his subordinate, Nurse Bernard Shaffer, when Shaffer did recklessly make false entries into Plaintiff's medical records and PA Dib reviewed such false medical records and deliberately ignored and tacitly authorized Nurse Shaffer's misconduct thereby violating Plaintiff's protected consitutional right to adequate medical care.

Supporting Facts:  See Claims 2 and 3 Supporting Facts Attachment

CLAIM 4:

Supporting Facts:

CLAIM 5: _____

Supporting Facts: _____

## VI.    INJURY

Describe **BRIEFLY and SPECIFICALLY** how you have been injured and the exact nature of your damages.

Due to the individual tortious actions of the Defendant's, your Plaintiff has lost sight in his right eye (his sole useful eye upon entering custody) and his now blind. The Defendant's failure to treat his known chronic sarcoidosis medical condition allowed uncontrolled inflammation to attack all organs of his body and caused permanent bodily damage.

## VII.    RELIEF

State **BRIEFLY and EXACTLY** what you want the Court to do for you. *Make no legal arguments. Cite no cases or statutes.*

Your Plaintiff makes a demand for $5,000,000 for nominal, compensatory, and punitive damages against the named Bivens Defendants. Your Plaintiff also demands a trial by jury of his peers.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and accurate.  Title 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at  Charleston, WV                              on  August 24, 2020                              .

             (Location)                                        (Date)

Your Signature